JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

DHL EXPRESS (ITALY) S.R.L.,

Plaintiff,

v.

ITALIST INC.; and DOES 1-10, Inclusive,

Defendants.

Case No. 2:25-cv-09545-PVC

[PROPOSED] ORDER RE: PARTIES' STIPULATION TO VACATE CIVIL TRIAL PREPARATION ORDER, PRE-TRIAL CONFERENCE AND TRIAL, AND TO STAY ACTION

*Filed concurrently with Notice of Confidential Settlement; Stipulation to Vacate Civil Trial Preparation Order, Pre-Trial Conference and Trial, and to Stay Action*

The Court, having reviewed the parties' Notice of Confidential Settlement; Stipulation to Vacate Civil Trial Preparation Order, Pre-Trial Conference and Trial, and to Stay Action, and for good cause appearing therein, Orders as follows:

1. The Court's Civil Trial Preparation Order (Dkt. No. 17), the Pre-Trial Conference Date of June 1, 2026, and the Trial Date of June 9, 2026 are hereby vacated; and

2.    This action is hereby dismissed without prejudice and the Court hereby retains jurisdiction over this matter for the sole purpose of enforcing the terms of the settlement agreement. *See Kokkonen v. Guardians Life Insurance Co. of America,* 511 U.S. 375, 382 (1994).

**IT SO ORDERED.**

DATED: May 20, 2026

_____
HON. STEPHEN V. WILSON
UNITED STATED DISTRICT COURT JUDGE

Haight

DP08-0000015
4931-5291-8442.1

2

[PROPOSED] ORDER RE: PARTIES' STIPULATION TO VACATE TRIAL